# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2381

_____

| | | |
|---|---|---|
| Morton D. Willcutts, Jr., M.D., | * | |
| as a member of and on behalf of | * | |
| Mid-Dakota Hospital Association, Inc.; | * | |
| Mid-Dakota Hospital Association, Inc., | * | |
| a South Dakota Nonprofit Corporation; | * | |
| Morton D. Willcutts, Jr., M.D., | * | |
| Individually, | * | |
| | * | |
| Plaintiffs/Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of South Dakota. |
| Frank Bieberly, M.D.; | * | |
| | * | [UNPUBLISHED] |
| Defendant/Appellee, | * | |
| | * | |
| Gary Van Ert, M.D.; David Larson; | * | |
| Sioux Valley Health System, a | * | |
| corporation; Sioux Valley Hospital | * | |
| Association, a corporation; | * | |
| | * | |
| Defendants/Appellees, | * | |
| | * | |
| Special Litigation Committee of | * | |
| Mid-Dakota Hospital Association, Inc., | * | |
| | * | |
| Intervenor on Appeal. | * | |
| | * | |
| | * | |

_____

Special Litigation Committee of     *
Mid-Dakota Hospital Association, Inc.,  *
        *
    Intervenor Below.     *

_____

Submitted: March 11, 1999

Filed: May 6, 1999

_____

Before BEAM and HEANEY, Circuit Judges, and FENNER,[1] District Judge.

_____

PER CURIAM.

Morton D. Willcutts, Jr., M.D. (Willcutts), individually and on behalf of Mid-Dakota Hospital Association, Inc., (Mid-Dakota), appeals the dismissal of federal antitrust claims and associated state law claims. The dispute centers around a management contract entered into between Mid-Dakota and Quorum, a health care management company. The complaint alleges that Dr. Frank Bieberly, Dr. Gary Van Ert, and David Larson boycotted the hospital, referred patients to other hospitals, and distributed information to discredit Quorum.

Eventually, the hospital terminated the health care management contract with Quorum. An agreement was then reached with Sioux Valley Health System and Sioux Valley Hospital Association. Willcutts claims that this violates section 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1- 2; section 16 of the Clayton Act, 15 U.S.C. § 26; as well as pendant state causes of action for restraint of trade and tortious

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri, sitting by designation.

interference.  The district court[2] granted a motion to dismiss Willcutts' federal antitrust claims with prejudice, dismissing the state law claims without prejudice. Having reviewed the record in connection with the parties' briefs, we conclude that dismissal was appropriate.  Extensive discussion would serve no useful precedential purpose, we therefore affirm the district court without further observation.  See 8th Cir. R. 47B.

     A true copy.

        Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.